## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re:<br><br>Billy Franklin Hoffman, Jr.,<br><br>    Debtor. | Case No. 17-10163<br>Chapter 13 |
| Duke Energy Progress, LLC<br><br>    Plaintiff,<br><br>v.<br><br>Billy Franklin Hoffman, Jr.,<br><br>    Defendant. | Adversary Case No. 17-01009 |

## **MOTION FOR ENTRY OF DEFAULT**

Plaintiff hereby moves for entry of a default against the Defendant and for the relief requested by Plaintiff as set forth in the attached proposed Order. This motion is made pursuant to Fed. R. Civ. P. 55(b)(1), as made applicable by Fed. R. Bank. P. 7055, and the Local Rules of the United States Bankruptcy Court for the Western District of North Carolina.

Plaintiff filed the *Adversary Complaint to Deny Dischargeability of Certain Debts Pursuant to 11 U.S.C. § 1328(a)(2), (4)* on August 7, 2017. Billy Franklin Hoffman, Jr. was personally served with the complaint on August 10, 2017, but he did not respond.

WHEREFORE, for the above-mentioned reasons, Plaintiff asks this Court for an entry of default in this case.

                                          **HAYNSWORTH SINKLER BOYD, P.A.**

**By:** s/ Charles M. Sprinkle
        Charles M. Sprinkle
        Fed ID No. 28096
One North Main Street, 2nd Floor
Greenville, SC 29601-2772
(864)240.3200 Tel
(64) 240.3300 Fax

October 11, 2017                        Email Address:  csprinkle@hsblawfirm.com
                                        Attorneys for Duke Energy Progress, LLC

2