FILED & JUDGMENT ENTERED
Steven T. Salata

October 11 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Steven T. Salata
Clerk, United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re:<br><br>Billy Franklin Hoffman, Jr.,<br><br>    Debtor. | Case No. 17-10163<br>Chapter 13 |
| Duke Energy Progress, LLC<br><br>    Plaintiff,<br><br>v.<br><br>Billy Franklin Hoffman, Jr,<br><br>    Defendant. | Adversary Case No. 17-01009 |

## ORDER FOR ENTRY OF DEFAULT

WHEREFORE, upon Motion of Plaintiff Duke Energy Progress, LLC and for good cause shown it appears that Defendant Billy Franklin Hoffman, Jr. was properly served with a copy of the Adversary Complaint to Deny Dischargeability of Certain Debts and that more than thirty

(30) days have passed since service without the filing of an Answer or responsive pleading, therefore, Defendant Billy Franklin Hoffman, Jr. has been determined to be in default.

    AND IT IS SO ORDERED.

This Order has been signed
electronically. The judge's
signature and court's seal appear
at the top of the Order.                                        United States Bankruptcy Court