# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re:<br><br>Billy Franklin Hoffman, Jr.,<br><br>Debtor. | Case No. 17-10163<br>Chapter 13 |
| Duke Energy Progress, LLC<br><br>Plaintiff,<br><br>v.<br><br>Billy Franklin Hoffman, Jr,<br><br>Defendant. | Adversary Case No. 17-01009 |

## **MOTION FOR ORDER OF DEFAULT JUDGMENT**

Plaintiff hereby moves for entry of a default judgment against the Defendant and for the relief requested by Plaintiff as set forth in the attached proposed Order.  This motion is made pursuant to Fed. R. Civ. P. 55(b)(1), as made applicable by Fed. R. Bank. P. 7055.

An Entry of Default was entered against Defendant on October 11, 2017. (Doc. 8). As set forth in the proposed Order, Plaintiff is entitled to judgment against Defendant in the amount of $27,781.89 based on illegally obtained utility services. Further, Plaintiff is entitled to an order finding that the debt arising from the unpaid utility services and represented by the judgment is a non-dischargeable debt of Defendant to Plaintiff pursuant to 11 U.S.C. § 1328(a)(3)-(4), and therefore will be deemed excepted from any discharge of debts issued to Defendant.

                                    **HAYNSWORTH SINKLER BOYD, P.A.**

                                    **By:**  <u>s/ Charles M. Sprinkle</u>
                                                 Charles M. Sprinkle
                                                 Fed ID No. 28096
One North Main Street, 2nd Floor
Greenville, SC 29601-2772
(864)240.3200 Tel
(64) 240.3300 Fax

October 11, 2017                      Email Address:  csprinkle@hsblawfirm.com
                                       Attorneys for Duke Energy Progress, LLC

2